IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE RAYMOND CASTILLO,

        Plaintiff,                    No. CIV S-04-0737 GEB GGH P

     vs.

CALIFORNIA YOUTH AUTHORITY, et al.,

        Defendants.            <u>ORDER</u>

/

        The parties are required to submit a joint status report addressing the following matters:

        1. Service of process;

        2. Possible joinder of additional parties;

        3. Any expected or desired amendment of the pleadings;

        4. Jurisdiction and venue;

        5. Anticipated motions and the scheduling thereof;

        6. Anticipated discovery and the scheduling thereof;

        7. Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and trial;

        8. Modification of standard pretrial procedures specified by the rules due to the

1

relative simplicity or complexity of the action or proceedings;

9. Whether this matter is to be tried before this court or the district court. <u>See</u> 28 U.S.C. § 636(c);

10. Whether the counsel will stipulate to the trial judge acting as settlement judge and waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

11. Any other matters that may add to the just and expeditious disposition of this matter.

Accordingly, IT IS HEREBY ORDERED that the parties shall file the joint status report described above within thirty days of the date of this order; following receipt of the status report, the court will issue a scheduling order.

DATED: 10/6/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

cas737.sch