```
 1  KING HALL CIVIL RIGHTS CLINIC
    CARTER C. WHITE, CSB #164149
 2  U.C. Davis School of Law
    One Shields Avenue, Bldg. TB-30
    Davis, CA  95616-8821
 4  (530) 752-5440
    Fax (530) 752-5788
 5
    Attorney for Plaintiff
 6
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE RAYMOND CASTILLO, | ) | NO. CIV S-04-0737-GEB-GGH-P |
| | ) | |
| Plaintiff, | ) | **ORDER ON** |
| | ) | **STIPULATION OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| CALIFORNIA YOUTH AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On this day came on to be considered the parties' stipulation of dismissal of Orest Wesely, M.D. (also referred to in the First Amended Complaint as "Crest" Wesely) as Defendant in the above entitled action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and E.D. Cal. Local Rule 83-143, and the Court, having reviewed the stipulation, does hereby

ORDER, that pursuant to Rule 41, the Plaintiff's action against Defendant Wesely is dismissed with prejudice, by operation of law.

Dated: 6/19/06

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

reed936.stip