IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE RAYMOND CASTILLO,

      Plaintiff,                          No. CIV S-04-0737 GEB GGH P

   vs.

CALIFORNIA YOUTH AUTHORITY, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Defendants' summary judgment motion is pending before the court. Because it is unlikely that this motion will be resolved prior to the pretrial conference and jury trial, these dates are vacated.

        Accordingly, IT IS HEREBY ORDERED that the pretrial conference set for October 30, 2006, and the jury trial set for January 23, 2007, before the Honorable Garland E. Burrell are vacated.

DATED: 10/23/06                                 /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

ggh:kj
cast737.vac