KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
(530) 752-5440
Fax (530) 752-5788

Attorneys for the Plaintiff
JOE RAYMOND CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE RAYMOND CASTILLO, ) | NO. CIV S-04-0737 GEB GGH P |
| Plaintiff, ) | **STIPULATION REGARDING EXPERT WITNESSES; ORDER** |
| vs. ) | |
| NOBLE DASHIELL, M.D., ) | |
| Defendant. ) | |

Pursuant to Local Rule 6-133, the parties submit this Stipulation and ask that it be entered as an Order of this Court. The parties agree that the Status (Pretrial Scheduling) Order ("Order" herein) of November 9, 2005 (Doc. 38), be amended to allow the parties to designate additional expert witnesses regarding damages. Plaintiff will designate in writing, file with the Court, and serve on Defendant Dashiell, a designation of any damages experts (including the description of the areas of the expert's expected testimony as required by the Order) within 45 days of the entry of this stipulation as an Order. Defendant will designate any damages or rebuttal experts within 30 days of the Plaintiff's designation. All other provisions of the Order remain in effect.

//

//

| | | |
|---|---|---|
| 1 | Dated:   April 12, 2007 | Respectfully submitted, |
| 2 | | |
| 3 | | */S/ Carter C. White* |
| 4 | | Carter C. White |
| 5 | | Attorneys for Plaintiff, Joe R. Castillo |
| 6 | | |
| 7 | | */S/ Oliver R. Lewis* |
| 8 | | Oliver R. Lewis |
| 9 | | Deputy Attorney General Attorney for Defendant, |
| 10 | | Noble Dashiell, M.D. |
| 12 | It is so Ordered: | |
| 13 | Dated: 5/1/07 | /s/ Gregory G. Hollows |
| 15 | | United States Magistrate Judge |
| 19 | cas737.stip | |

2