IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE RAYMOND CASTILLO,

    Plaintiff,                     No. CIV S-04-737 GEB GGH P

    vs.

NOBLE DASHIELL, et al.,

    Defendants.              ORDER

_____/

        On March 27, 2007, Judge Burrell granted in part and denied in part defendants' summary judgment motion. Because the issues for trial have been narrowed, the parties are directed to file amended pretrial statements.

        Accordingly, IT IS HEREBY ORDERED that the pretrial conference is set for November 26, 2007, at 1:30 p.m. and the jury trial is set for January 29, 2008, at 9:00 a.m. before the Honorable Garland E. Burrell.

DATED: 5/16/07                              /s/ Gregory G. Hollows

                                                   UNITED STATES MAGISTRATE JUDGE

cas737.ord

1