1  KING HALL CIVIL RIGHTS CLINIC
   CARTER C. WHITE SBN: 164149
2  U.C. Davis School of Law
   One Shields Avenue, Bldg. TB-30
3  Davis, CA 95616-8821
   (530) 752-5440
4  Fax (530) 752-5788

5  Attorneys for the Plaintiff
   JOE RAYMOND CASTILLO

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   JOE RAYMOND CASTILLO,              )     NO. CIV S-04-0737 GEB GGH P
11                                    )
          Plaintiff,                  )     **SECOND STIPULATION REGARDING**
12                                    )     **EXPERT WITNESSES;**
                                      )     **ORDER**
13  vs.                               )
                                      )
14                                    )
   NOBLE DASHIELL, M.D.,              )
15                                    )
          Defendant.                  )
16                                    )
                                      )
17  _____ )

18

19        Pursuant to Local Rule  6-133, the parties submit this Stipulation and ask that it be entered

20  as an Order of this Court.  The Court previously entered an Order (Doc. 64), based on the parties'

21  stipulation, allowing the parties to designate additional expert witnesses regarding damages.  By this

22  stipulation the parties request a short, two-week extension of the deadlines in the previous order.

23  This need for this extension is primarily due to the fact that counsel for Plaintiff recently has been

24  out of the office for an extended period of time due to a family medical emergency, and also in part

25  due to counsel for Defendant's vacation schedule.

26        Accordingly, on or before June 29, 2007, Plaintiff will designate in writing, file with the

27  Court, and serve on Defendant Dashiell, a designation of any damages experts (including the

28  description of the areas of the expert's expected testimony as required by the Order).  Defendant will

designate any damages or rebuttal experts within 30 days of the Plaintiff's designation.

Dated:   June 8, 2007                    Respectfully submitted,

                                         **/S/ Carter C. White**

                                         Carter C. White
                                         Attorneys for Plaintiff,
                                         Joe R. Castillo

                                         **/S/ Oliver R. Lewis**

                                         Oliver R. Lewis
                                         Deputy Attorney General
                                         Attorney for Defendant,
                                         Noble Dashiell, M.D.

It is so Ordered:

Dated: 6/15/07                           /s/ Gregory G. Hollows

                                         _____

                                         United States Magistrate Judge

**cas737.stip(2)**