KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, CSB #164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE RAYMOND CASTILLO, </br></br>　　　　Plaintiff, </br></br>vs. </br></br>NOBLE DASHIELL, M.D., </br></br>　　　　Defendant. </br>_____ | NO. CIV S-04-0737-GEB-GGH-P </br></br>**ORDER ON </br>REQUEST FOR AUTHORITY </br>TO INCUR COSTS </br>(APPOINTED COUNSEL) </br>(General Order 230)** |

　　　On June 29, 2007, appointed counsel filed an ex parte request for authority to incur costs to obtain a damages expert.  Accordingly, this Court approves this request up to $ 5,000.

　　　IT IS SO ORDERED.

Dated: 7/10/07

　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cas737.cos