1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOE RAYMOND CASTILLO,

11          Plaintiff,                    No. CIV S-04-0737 GEB GGH P

12      vs.

13   NOBLE DASHIELL, et al.,

14          Defendants.              ORDER

15   _____/

16          This action is set for jury trial before Judge Burrell on January 29, 2008.  On

17   August 17, 2007, defense counsel filed a notice stating that he had another action, Wilson v.

18   CDC, CIV S-02-2169 MCE KJM P, set for trial on January 28, 2008.  Good cause appearing, the

19   court will re-set the jury trial date in the instant action.

20          Accordingly, IT IS HEREBY ORDERED that the jury trial set for January 29,

21   2008, before the Honorable Garland E. Burrell is vacated and re-set for February 12, 2008, at 9

22   a.m.

23   DATED: 9/11/07                      /s/ Gregory G. Hollows

24   _____
                                      UNITED STATES MAGISTRATE JUDGE

25   castillo.jt

26

1