KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Assisted by: Erin Haney and Rachel Golick,
             Certified Law Students

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE RAYMOND CASTILLO, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA YOUTH AUTHORITY, et al., <br><br> Defendants. | NO. CIV S-04-0737-GEB-GGH-P <br><br> **STIPULATION AND PROPOSED ORDER MODIFYING PRETRIAL ORDER DUE DATES** <br><br> Trial:      February 12, 2008 <br> Time:      9:00am <br> Courtroom: 10, 13th floor <br> Judge:     Hon. Garland E. Burrell, Jr. |

    The parties respectfully request a modification of the due dates to January 23, 2008, for each of the following items: Stipulation Regarding Evidentiary Disagreements; Designation of all Answers to Interrogatories and Portions of Depositions; Trial Briefs; Exhibit Exchange; Stipulation Regarding Length of Trial.  The current due date is January 14, 2008.  The principal reason for this request relates to parties' collective efforts to resolve this case prior to trial at the Settlement Conference scheduled for January 18, 2008 .  Given that the settlement conference is scheduled for this Friday (January 18, 2008), the parties are hopeful that their efforts to resolve the case without proceeding to trial will be fruitful and have focused their efforts jointly on preparing for this conference.

1

Additionally the King Hall Civil Rights Clinic is an organization largely run by students and is therefore subject to the time constraints of the University's scheduling. The students have been on break since December 6, 2008 and just resumed academic programming on January 10, 2008. Consequently, the King Hall Civil Rights Clinic would greatly appreciate the modification of these deadlines to give the students more time to adequately prepare the required items. The issues of time constraints and adequate preparation have further been compounded, in part, by the King Hall Civil Rights Clinic involvement in a jury trial scheduled to begin on January 15, 2008.

.

Respectfully submitted,

Dated: January 14, 2008

*/S/ Carter C. White*

_____

Carter C. White
Attorney for Plaintiff

Dated: January 14, 2008    */S/ Oliver R. Lewis*

_____

Oliver R. Lewis
Attorney for Defendants

IT IS SO ORDERED:

Dated: January 16, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2