IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE RAYMOND CASTILLO,

     Plaintiff,                          No. CIV S-04-0737 GEB GGH P

     vs.

CA. YOUTH AUTHORITY, et al.,        <u>ORDER</u>

     Defendant.

_____/

     The parties, along with counsel and representatives, whose identities were placed on the record, met in settlement conference. The case settled. The terms of settlement were placed on the record.

     Dispositional papers shall be filed within 45 days of today's date. Because the court has retained jurisdiction to enforce the terms of the settlement, the dispositional papers may be filed prior to actual transmission of a check. Plaintiff may seek relief if the check is not transmitted to him, i.e. his counsel, on or before 90 days from the filed date of this order.

Dated: 01/22/08                    /s/ Gregory G. Hollows
                                          U.S. Magistrate Judge

GGH:gh:035
cast0737.set

1