IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE RAYMOND CASTILLO,

    Plaintiff,                    No. CIV S-04-0737 GEB GGH P

    vs.

CA. YOUTH AUTHORITY, et al.,      ORDER

    Defendant.

_____/

        On January 23, 2008, the court ordered the parties to file dispositional papers within 45 days. Forty-five days passed and no dispositional papers have been filed.

        Accordingly, IT IS HEREBY ORDERED that the parties shall show cause within ten days of the date of this order for their failure to file dispositional papers.

Dated: 04/24/08

                              /s/ Gregory G. Hollows
                              _____
                              U.S. Magistrate Judge

cas737.osc